Sean P. Flynn, Esq. (SBN 220184)
*sflynn@foleymansfield.com*
M. Amadea Groseclose (SBN 267091)
*mgroseclose@foleymansfield.com*
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:    (213) 283-2101

Attorneys for Defendant
**RECEIVABLES PERFORMANCE
MANAGEMENT, LLC**

## UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HALL,<br><br>        Plaintiff,<br><br>   vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>      Defendant. | Case No:     13-CV-0805 BEN RBB<br><br>**DEFENDANT'S ANSWER TO COMPLAINT; AND**<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>Complaint Filed:   April 4, 2013<br>Trial Date:           TBD |

///

///

///

///

///

///

///

///

///

///

Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC ("Defendant") hereby responds on behalf of itself, and no other, to the Complaint of Plaintiff JOSHUA HALL ("Plaintiff") as follows:

1.      Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Defendant generally denies each and every allegation contained in the complaint except those expressly admitted below.

2.      Defendant admits the allegations of paragraphs: 8, 11, and 14.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the items set forth in the prayer for relief.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Bona Fide Error)

Plaintiff's claims are barred as against Defendant by 15 U.S.C. § 1692k(c) and California Civil Code 1788.30(c).

### Second Affirmative Defense

### (Preemption)

Plaintiff's state law claims are barred as against Defendant by federal statutes, including 15 U.S.C. § 1692 et seq.

### Third Affirmative Defense

### (Exhaustion of Administrative Remedies)

Plaintiff's Complaint is barred due to his failure to exhaust his administrative remedies.

### Fourth Affirmative Defense

### (Improper Request for Statutory Damages)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover statutory damages under Civil Code § 1788.30 and thus all requests for statutory damages there under are improper.

## Fifth Affirmative Defense

### (Statute of Limitations)

Defendant is informed and believes and thereon alleged that the applicable statutes of limitation bar all claims for relief in the Complaint.

## Sixth Affirmative Defense

### (Contributory/Comparative Fault)

Defendant is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff and resulted from Plaintiff's own negligence, which equaled or exceeded any alleged negligence or wrongdoing by Defendant.

## Seventh Affirmative Defense

### (Failure to Mitigate)

The damages claimed by Plaintiff could have been mitigated with due diligence or by one acting under similar circumstances.  Plaintiff's failure to mitigate is a bar to recovery under the Complaint.

## Eighth Affirmative Defense

### (Estoppel)

The Complaint and each of its purported claims for relief are barred by the doctrine of estoppel.

## Ninth Affirmative Defense

### (Laches)

The Complaint and each of its purported claims for relief are barred by the doctrine of laches.

## Tenth Affirmative Defense

### (Unclean Hands)

The Complaint and each of its purported claims for relief are barred by the doctrine of unclean hands.  Plaintiff's Complaint does not contend that the subject debt is not owed, nor that the subject debt has been satisfied.  As such, Plaintiff is in breach of the

agreement with the credit originator, and but for the breach of that agreement Defendant would not have communicated with Plaintiff.

### Eleventh Affirmative Defense

#### (Waiver)

The Complaint and each of its purported claims for relief are barred by the doctrine of waiver.

### Twelfth Affirmative Defense

#### (Good Faith)

Defendant alleges that at all times it acted in good faith and with good cause.  The conduct of Defendant was within the reasonable expectations of the parties and was reasonably related to Defendant's legitimate business interests upon the basis of reasonable factors.

### Thirteenth Affirmative Defense

#### (Failure to State a Claim)

The Complaint, fails to state facts sufficient to constitute a cause of action against Defendant relative to the content of the alleged communications and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Defendant.

### Fifteenth Affirmative Defense

#### (Joinder)

Defendant is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiffs are the result of the acts or omissions of third persons over whom Defendant had neither control nor responsibility, and whom Plaintiff has failed to name in this action.

### Sixteenth Affirmative Defense

#### (Reserved Affirmative Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist at this time.

Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

**WHEREFORE**, Defendant prays as follows:

1.      Plaintiff takes nothing by way of her Complaint herein and that this action is dismissed in its entirety;

2.      For Defendant's attorney's fees and costs incurred herein;

3.      For such other relief as the Court may deem just and proper.


DATED: May 15, 2013                    **FOLEY & MANSFIELD, PLLP**


                              By: _____*s/ Sean P. Flynn*_____
                              Sean P. Flynn
                              M. Amadea Groseclose
                              Attorneys for Defendant
                              **RECEIVABLES PERFORMANCE
                              MANAGEMENT, LLC**

# DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC hereby demands a trial by jury in this action.


DATED:  May 15, 2013                     **FOLEY & MANSFIELD, PLLP**


                          By:      *s/ Sean P. Flynn*
                          _____
                          Sean P. Flynn
                          M. Amadea Groseclose
                          Attorneys for Defendant
                          **RECEIVABLES PERFORMANCE
                          MANAGEMENT, LLC**