Sean P. Flynn, Esq. (SBN 220184)
sflynn@foleymansfield.com
M. Amadea Groseclose (SBN 267091)
mgroseclose@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:   (213) 283-2101

Attorneys for Defendant
**RECEIVABLES PERFORMANCE MANAGEMENT, LLC**

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HALL,<br><br>       Plaintiff,<br><br>   vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>       Defendant. | Case No:     13-CV-0805 BEN RBB<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br><br>Complaint Filed:   April 4, 2013<br>Trial Date:           TBD |

   Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 40.2, Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC ("Defendant") hereby states that it does not have a parent corporation nor does any publicly held corporation own 10% or more of its stock.


DATED: May 17, 2013             **FOLEY & MANSFIELD, PLLP**

                    By:      *s/ Sean P. Flynn*
                         Sean P. Flynn
                         M. Amadea Groseclose
                         Attorneys for Defendant
                         **RECEIVABLES PERFORMANCE MANAGEMENT, LLC**