Crosby S. Connolly (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Joshua Hall, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Receivables Performance Management, LLC,<br><br>　　　　　Defendant. | Case No: 3:13-cv-00805-BEN-RBB<br><br>**NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>**Date: January 13, 2014**<br>**Time: 10:00 AM**<br>**Location: Southern District of California, Courtroom 2C**<br><br>**Judge:  Hon. Ruben B. Brooks** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff, Joshua Hall, will bring a Motion to to Compel Discovery Responses before the Honorable Ruben B. Brooks, of the United States District Court, on January 13, 2014 at 10:00 AM AM in Courtroom 2C.

This Motion is is based upon this Notice, the records and papers on file

herein, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: December 5, 2013 **Hyde & Swigart**

By: <u>s/Crosby S. Connolly</u>
Crosby S. Connolly
Attorney for Joshua Hall